# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD RAY DUNN

NO. 2020 KW 1142

**MARCH 30, 2021**

---

In Re:    Donald Ray Dunn, applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-00242.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**APPLICATION FOR REHEARING DENIED.** An application for rehearing will be considered in cases where the court granted a writ application on the merits. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7.   The State has not given informed consent in this case.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT